Brass Rail Restaurant Company, Appellant, *v.* Pennsylvania Labor Relations Board.

Argued September 30, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

214

218

*Gilbert J. Helwig,* with him *Nicholas Unkovic, Donald B. Heard, Carl F. Chronister* and *Reed, Smith, Shaw & McClay,* for appellant.

*George L. Reed,* Special Deputy Attorney General, with him *M. Louise Rutherford,* Deputy Attorney General and *Robert E. Woodside,* Attorney General, for appellees.

OPINION PER CURIAM, November 9, 1953:
The decree entered in the Court of Common Pleas, Equity Docket, of Dauphin County is affirmed on the opinion of President Judge RICHARDS. Costs on the appellant.